UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. HEYER,

    Plaintiff,

    v.

ANGELA KRUEGER, et al.,

    Defendants.

No. 2:13-cv-1677-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 12, 2013, the United States District Court for the Northern District of California transferred this action to this court, on the grounds that "[a] substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the Counties of Sacramento and/or Tulare, which lie within the venue of the Eastern District of California." ECF No. 3. Though plaintiff is currently confined to California State Prison, Sacramento, the complaint does not allege that plaintiff's claims arose in Sacramento County, or that any defendant resides in Sacramento County. *See* ECF No. 1. Rather, the complaint names defendants from Tulare County and Los Angeles County, and it appears as though plaintiff's claims arose in one or both of those counties. *See* ECF No. 1 at 3 (alleging that defendant McNutt, an inmate confined in Lancaster, California, persuaded defendant Krueger, a Tulare County Public Defender, to issue an unlawful records request).

1

1  Because Tulare County is in the Fresno Division of the United States District Court for the Eastern District of California, this action should have been commenced there. E.D. Cal. Local Rule 120(d). Where a civil action has not been commenced in the proper division of a court, the court may, on its own motion, transfer the action to the proper division. E.D. Cal. Local Rule 120(f).

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.
2. The Clerk of Court shall assign a new case number.
3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 15, 2013.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE